(May 2, 2017)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICKI A. TAYLOR, Appellant. [51 NYS3d 866]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Thomas Farber, J.), rendered October 29, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and a decision and order of this Court having been entered on December 15, 2016, holding the appeal in abeyance (145 AD3d 555 [1st Dept 2016]), and upon the stipulation of the parties hereto dated March 8, 2017, it is unanimously ordered that the said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Acosta, J.P., Andrias, Moskowitz, Gische and Webber, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLY ULERIO, Appellant. [51 NYS3d 390]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Robert Straus, J.H.O. at suppression hearing; Gregory Carro, J. at suppression decision; Daniel P. FitzGerald, J. at trial, motion to set aside verdict and sentencing), rendered November 9, 2012, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, a decision and order of this Court having been entered on March 24, 2016, holding the appeal in abeyance (137 AD3d 629 [1st Dept 2016]), and upon the stipulation of the parties hereto dated April 12, 2017, it is unanimously ordered that the said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Renwick, J.P., Richter, Andrias and Gesmer, JJ.